UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON FRITZ,<br><br>        Petitioner,<br><br>   v.<br><br>W. L. MUNIZ,<br><br>        Respondent. | Case No.  14-cv-05390-JD<br><br>**ORDER OF DISMISSAL** |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In the initial review order the Court dismissed the petition with leave to amend as petitioner had presented claims that did not appear to be exhausted.  Although the time to amend has expired, petitioner has not amended or otherwise communicated with the Court.  This case is **DISMISSED** without prejudice and a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 29, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAMON FRITZ,

    Plaintiff,

v.

W. L. MUNIZ,

    Defendant.

Case No. 14-cv-05390-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ramon Fritz
J86641
P.O. Box 1050
Soledad, CA 93960

Dated: July 29, 2015

Richard W. Wieking
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO